IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| This Document Relates To Case Nos.: 3:07-CV-01184; 3:07-CV-01185; 3:07-CV-01186; 3:07-CV-01187; 3:07-CV-01188; 3:07-CV-01189; 3:07-CV-01190; 3:07-CV-01191; 3:07-CV-01192; 3:07-CV-01193; 3:07-CV-01194; 3:07-CV-01195; 3:07-CV-01196; 3:07-CV-01197; 3:07-CV-01198; 3:07-CV-01199; 3:07-CV-01200; 3:07-CV-01201; 3:07-CV-01202; 3:07-CV-01203; 3:07-CV-01204; 3:07-CV-01205; 3:07-CV-01206; 3:07-CV-01207; 3:07-CV-01208; 3:07-CV-01209; 3:07-CV-01210; 3:07-CV-01211; 3:07-CV-01213; 3:07-CV-01225; 3:07-CV-01226; 3:07-CV-01280 | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 3:06-MD-1760 JUDGE CAMPBELL |

ORDER

Pending before the Court is Defendant's Motion for a Section 1404(a) Venue Transfer of the Severed *Anderson, Becker* and *Wood* Actions to Plaintiffs' Home Fora Following the Close of MDL Discovery in Each Case (Docket No. 1073). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE